■ SUSAN C. POTTER, Also Known as SUSAN C. DAVIE, Appellant, v CLIFFORD M. DAVIE, Respondent. (Appeal No. 2.) [715 NYS2d 188] —Order unanimously affirmed without costs. Same Memorandum as in *Potter v Davie* (275 AD2d 961[decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.